**George JOHNSON, Petitioner-Appellee,**

v.

**Alwynn CRONVICH, Sheriff, Parish of Jefferson, State of Louisiana and State of Louisiana, Respondents-Appellants.**

No. 31057

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 15, 1971.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Gordon K. Konrad, Gretna, La., John M. Mamoulides, Metairie, La., for respondents-appellants.

Samuel S. Dalton, New Orleans, La., for petitioner-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]